UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE DONNILL MACK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>COPENHAVER, Warden,<br><br>　　　　Respondent. | Case No. 1:14-cv-00614-LJO-SKO-HC<br><br>ORDER GRANTING RESPONDENT'S MOTION TO FILE DOCUMENT UNDER SEAL (DOC. 16) |

　　　Petitioner is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303. Pending before the Court is the Respondent's motion to seal a probation services investigation report pursuant to Local Rule 141, which was filed on July 21, 2014.

　　　The court has the authority to exercise its discretion to seal documents and set appropriate limits upon access to records and files. Fed. R. Civ. P. 26(c); Local Rule 141(a); Nixon v. Warner Communications, Inc., 435 U.S. 589, 598 (1978); Hagestad v.

1

1  Tragesser, 49 F.3d 1430, 1433-1434 (9th Cir. 1995).  In determining
2  whether to seal documents, the Court should consider the interests
3  advanced by the parties in light of the public interest and the duty
4  of the courts.  Nixon, 435 U.S. at 602; Hagestand, 49 F.3d at 1434.
5  The Ninth Circuit has adopted the Seventh Circuit's approach for
6  determining whether the common law right of access should be
7  overridden, requiring courts to start with a strong presumption in
8  favor of access that may be overcome only on the basis of
9  articulable facts known to the court, as distinct from unsupported
10 hypothesis or conjecture.  Hagestand, 49 F.3d at 1434.
11     Here, Respondent seeks to file under seal a presentence
12 investigation report (PSR) that was prepared in connection with
13 Petitioner's commitment offense or offenses.  Pursuant to Local Rule
14 460(a), such a report is a confidential record of the United States
15 District Court.  Accordingly, Respondent's motion to file the report
16 under seal will be granted.
17     Pursuant to Local Rule 141(a), the Clerk of the Court is
18 DIRECTED to file the presentence investigation report and addenda,
19 prepared for sentencing date March 19, 1991, which constitute
20 exhibit 3 to Respondent's motion to dismiss filed on July 21, 2014,
21 and were submitted to the Clerk of the Court on the same date under
22 ///
23 ///
24 ///
25 ///
26 ///
27
28

separate sealed cover, UNDER SEAL.  Pending further order of the Court, this document is to remain sealed and confidential and is not to become part of the public case file.

IT IS SO ORDERED.

Dated: **July 24, 2014**                              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

3